IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

## AMENDED SCHEDULING ORDER
## AND ORDER ON INFORMAL APPLICATION

This Matter having come before the Court by way of letter request dated December 29, 2009 from Abigail Bowen, Esquire, counsel for Preferred Metal Technologies, Inc., for an Order adjourning the January 14, 2010 settlement conference; and it appearing that all counsel consent; and for good cause shown:

IT IS this **4th** day of **January 2010**, hereby **ORDERED**:

1. The in-person settlement conference on **January 14, 2010 at 2:00 P.M.** is converted to a telephone conference. Counsel for plaintiff shall initiate the telephone call.

                                                s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                United States Magistrate Judge

cc:  Hon. Renée Marie Bumb