```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>        v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

## **AMENDED SCHEDULING ORDER**

This Scheduling Order sets forth the following directives:

IT IS this **28th** day of **January 2010**, hereby **ORDERED**:

1. By consent, the in-person settlement conference on March 31, 2010 is **RESCHEDULED** to **March 30, 2010 at 2:00 P.M.**. Clients with settlement authority shall appear in person. Counsel shall exchange and submit settlement memoranda to the Court at least two weeks prior to the conference.

                                  s/ Ann Marie Donio
                                  ANN MARIE DONIO
                                  United States Magistrate Judge

cc:  Hon. Renée Marie Bumb