```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>       Defendant/Third-Party<br>         Plaintiff,<br><br>       v.<br><br>UPS GROUND FREIGHT, INC.,<br>d/b/a UPS FREIGHT, f/k/a<br>OVERNITE TRANSPORTATION,<br><br>       Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

## AMENDED SCHEDULING ORDER

This Matter having come before the Court by way of letter request dated March 24, 2010 from Abigail Bowen, Esquire, counsel for Preferred Metal Technologies, for an Order rescheduling the time for the March 30, 2010 settlement conference; and all counsel consenting; and for good cause shown:

IT IS this **26th** day of **March 2010,** hereby **ORDERED:**

1. The in-person settlement conference on March 30, 2010 is **RESCHEDULED** to **March 30, 2010 at 11:00 A.M.**. **PLEASE NOTE THE CHANGE IN TIME**. Clients with settlement authority shall appear in person.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge

cc:  Hon. Renée Marie Bumb