```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>         Plaintiff,<br><br>            v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>         Defendant/Third-Party Plaintiff,<br><br>            v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>         Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the settlement on March 30, 2010; and the Court noting the following appearances:  Steven K. Kudatzky, Esquire, appearing on behalf of the plaintiff; Scott L. Haworth, Esquire, appearing on behalf of Preferred Metal Technologies, Inc.; and Thomas C. Martin, Esquire, appearing on behalf of UPS Ground Freight, Inc.; and for good cause shown:

IT IS this **30th** day of **March 2010**, hereby **ORDERED:**

1.  The Court will conduct a telephone status conference on **April 12, 2010 at 12:00 Noon**.  Counsel for plaintiff shall initiate the telephone call.

                                s/ Ann Marie Donio
                                ANN MARIE DONIO
                                United States Magistrate Judge

cc:  Hon. Renée Marie Bumb