

125 BROAD STREET 39TH FLOOR  NEW YORK NEW YORK 10004-2400
www.sdma.com  212 422 0202 phone  212 422 0925 fax

Abigail Bowen
abigail.bowen@sdma.com
212-898-3517

April 9, 2010

*Via Facsimile to (856) 757-5296*

The Honorable Ann Marie Donio, U.S.M.J.
The United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re:  *Holtec International Corp. v. Preferred Metal Technologies, Inc.*
     Civil Action No.: 1:09-CV-00274
     Our File No.: 05496-000001

Dear Judge Donio:

This firm represents defendant/third-party plaintiff Preferred Metal Technologies, Inc. ("PMT") in the above-referenced matter. There is currently a status conference scheduled before Your Honor on April 12, 2010, at 12:00 p.m. We are writing to request, on consent of all parties, that the status conference be adjourned to April 23, 2010, at 11:00 a.m., due to an unavoidable scheduling conflict. We have confirmed with Your Honor's chambers that this date and time is available, and have likewise confirmed the availability of all parties.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Abigail Bowen
Sedgwick, Detert, Moran & Arnold LLP

So Ordered this 9th day of April 2010

Ann Marie Donio, USMJ