IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>        v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

**SCHEDULING ORDER**

This Scheduling Order sets forth the following directives:

IT IS this **1st** day of **June 2010**, hereby **ORDERED**:

1. At the request of counsel, the in-person discovery conference on June 4, 2010 is **RESCHEDULED** to **June 16, 2010 at 3:00 P.M.**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                s/ Ann Marie Donio
                                ANN MARIE DONIO
                                United States Magistrate Judge

cc:  Hon. Renée Marie Bumb