NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001
Attorneys for Third-Party Defendant,
UPS Ground Freight, Inc. d/b/a UPS
Freight, f/k/a Overnite Transportation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HOLTEC INTERNATIONAL CORPORATION, a
Delaware Corporation,

    Plaintiff,

v.

PREFERRED METAL TECHNOLOGIES, INC.,
an Illinois Corporation,

    Defendant.

---

PREFERRED METAL TECHNOLOGIES, INC.,

    Third-Party Plaintiff,

v.

UPS GROUND FREIGHT, INC., d/b/a UPS
FREIGHT, f/k/a OVERNITE
TRANSPORTATION,

    Third-Party Defendant.

---

Civil Action No.:
09-cv-274 (RMB)(AMD)

**ORDER FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 AND LOC. CIV. R. 56.1 TO DISMISS THE THIRD-PARTY COMPLAINT**

THIS MATTER having been brought to the attention of the Court on motion made by and thorough Nowell Amoroso Klein Bierman, P.A., attorneys for Third-Party Defendant, UPS Ground

Freight, Inc. d/b/a UPS Freight, f/k/a Overnite Transportation by way of motion for an Order for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Loc. Civ. R. 56.1 to dismiss the Third-Party Complaint because the case is time barred, and the Court having reviewed the Notice of Motion for Summary Judgment and to Dismiss Third-Party's Complaint and the Brief in Support of the Motion, the Affidavit of Gerry Laverty the opposition and supporting brief and the reply of Third-Party Defendant, and upon oral argument of counsel, if any, and for good cause having been shown:

IT IS ON THIS _____ DAY OF _____, 2010;

ORDERED that Summary Judgment be granted to Third-Party Defendant, UPS Ground Freight, Inc. d/b/a UPS Freight, f/k/a Overnite Transportation and that the Third-Party Complaint be and hereby is dismissed with prejudice; and it is further

ORDERED that a copy of this Order be served on all counsel within \_\_\_\_\_ days of the date of receipt of this Order.

_____
Hon. _____, U.S.D.J.