

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandlaw.com

*Abigail Bowen*
*Direct: 212.952.1105*
abigail.bowen@hcandglaw.com

November 24, 2010

*Via ECF*

The Honorable Renee Marie Bumb, U.S.D.J.
The United States District Court for the
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: ***Holtec International Corp. v. Preferred Metal Technologies, Inc.***
Civil Action No.: 09-cv-274 (RMB/AMD)
Our File No. 549-1001

Dear Judge Bumb:

     This firm represents defendant/third-party plaintiff Preferred Metal Technologies, Inc. ("PMT") in the above-referenced matter. In accordance with Loc. Civ. R. 7.1(d), we are writing to obtain an adjournment of third-party defendant UPS Ground Freight, Inc.'s summary judgment motion, until January 3, 2011.

     We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

*[signature]*

Abigail Bowen
Haworth Coleman & Gerstman, LLC

The Honorable Renee Marie Bumb, U.S.D.J.
November 24, 2010
Page 2


Cc:

Steven Kudatzky, Esq.
Steven Kudatzky Chartered
6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053

Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman
155 Polifly Road
Hackensack, New Jersey 07601