DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*◻
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD◻
THOMAS C. MARTIN†

JOSEPH S. SHERMAN
ALEXANDER J. DRAGO *
  COUNSEL

GREGORY K. ASADURIAN
ROMAL D. BULLOCK
ANTHONY J. MARCHESE*
LISA J. JURICK
MICHELLE E. RADIN*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
RAKESH J. DESAI
OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
   Federal Courts in NY
◻ Also Admitted in PA

# NOWELL AMOROSO KLEIN BIERMAN, P.A.
COUNSELLORS AT LAW

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: info@nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

December 23, 2010

## *VIA CM/ECF*

Honorable Ann Marie Donio, U.S.M.J.
United States District Court
For the District of New Jersey
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

> RE: **Holtec International Corporation v. Preferred Metal Technologies, Inc. v. UPS Ground Freight, Inc. d/b/a UPS Freight f/k/a Overnite Transportation**
> **Civil Action No. 09-CV-274(RMB/AMD)**
> **Our File No. 2514.114**

Dear Judge Donio:

We represent the Third-Party Defendant, UPS Ground Freight, Inc. d/b/a UPS Freight f/k/a Overnite Transportation ("UPS Freight").

We write to respectfully request an extension of the return date of our motion for summary judgment from January 3, 2011 to the next available return date of January 18, 2011.

We filed our motion for summary judgment on November 17, 2010. A return date of December 20, 2010 was scheduled. Counsel for Defendant/Third-Party Plaintiff, Preferred Metal Technologies, invoked Local Civil Rule 7.1(d)(5) to extend the return date for two (2) weeks. Accordingly, the return date was extended from December 20, 2010 to January 3, 2011.

Defendant/Third-Party Plaintiff, Preferred Metal Technologies then timely filed and served its opposition papers on December 20, 2010. With a January 3, 2011 return date our Reply thereto is due on December 27, 2010.

In light of the short week this week, we respectfully request an extension of the return date from January 3, 2011 to January 18, 2011 so we can have some additional time to consult with our client on the opposition and prepare, file and serve our Reply papers. The requested extension of the return date would mean our Reply deadline would be extended from December 27, 2010 to January 10, 2011 as per the new proposed return date.

We contacted all counsel by e-mail and have obtained their consent.

There have been no prior extensions of time to file Reply papers on the pending motion.

We thank the Court for its attention to this matter.

Respectfully submitted,

Nowell Amoroso Klein Bierman, PA

S/ Thomas C. Martin

Thomas C. Martin

TCM/bb
Cc: Renee Marie Bumb, U.S.D.J.
     Abigail Bowen, Esq.
     Steven Kudatzky, Esq.