**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001
Attorneys for Third-Party Defendant,
UPS Ground Freight, Inc. d/b/a UPS
Freight, f/k/a Overnite Transportation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HOLTEC INTERNATIONAL CORPORATION,
a Delaware Corporation,

    Plaintiff,

  (RMB)(AMD)

  v.

PREFERRED METAL TECHNOLOGIES, INC.,
an Illinois Corporation,

    Defendant.

---

PREFERRED METAL TECHNOLOGIES, INC.,

    Third-Party Plaintiff,

  v.

UPS GROUND FREIGHT, INC., d/b/a UPS
FREIGHT, f/k/a OVERNITE
TRANSPORTATION,

    Third-Party Defendant.

---

Civil Action No.:
09-cv-274

**NOTICE OF MOTION TO STRIKE AFFIDAVIT OF PREFERRED METAL TECHNOLOGIES, INC. SUBMITTED IN OPPOSITON TO UPS GROUND FREIGHT, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(e).**

TO:  Sedgwick, Detert, Moran & Arnold, LLP
     125 Broad Street
     39th Floor
     New York, New York 10004-2400
     Attention: Scott L. Haworth, Esq.
     Attorneys for Defendant/Third-Party Plaintiff,

Preferred Metal Technologies, Inc.

ON NOTICE TO:

Steven Kudatzky Chartered
6000 Sagemore Drive
Suite 6301
Marlton, New Jersey 08053
Attention: Steven Kudatzky, Esq.
Attorneys for Plaintiff,
Holtec International Corporation

COUNSEL:

PLEASE TAKE NOTICE that on the 22nd day of February, or as soon thereafter as counsel may be heard or the Court may schedule, Third-Party Defendant, UPS Ground Freight, Inc. d/b/a UPS Freight, f/k/a Overnite Transportation ("Third-Party Defendant"), shall move pursuant to Rule 56(e) of the Federal Rules of Civil Procedure to Strike the Affidavit of Timothy Stewart [Docket Entry # 49-4] submitted by Third-Party Plaintiff Preferred Metal Technologies, Inc. ("Third-Party Plaintiff") in opposition to Third-Party Defendant's Motion for Summary Judgment before the United States District Court for the District of New Jersey, Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101, for an Order to Strike the Affidavit submitted by Third-Party Plaintiff in opposition to Third-Party Defendant's Motion for Summary Judgment because the Affidavit is not competent evidence.

No matters outside the pleadings are presented or are necessary in connection with this motion, except for the Affidavit of Timothy Stewart [Docket Entry # 49-4]. A brief in support of this motion is filed concurrently and is incorporated herein.

Oral argument is respectfully requested.

Respectfully submitted,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

s/ Thomas C. Martin
Thomas C. Martin, Esq.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:   (201) 343-5001
Facsimile:   (201) 343-5181
E-mail: tmartin@nakblaw.com

*Attorney for
Third-Party Defendant,*
UPS Ground Freight, Inc. d/b/a UPS Freight, f/k/a
Overnite Transportation

Dated:   January 24, 2011