**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001
Attorneys for Third-Party Defendant,
UPS Ground Freight, Inc. d/b/a UPS
Freight, f/k/a Overnite Transportation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED METAL TECHNOLOGIES, INC., an Illinois Corporation,<br><br>Defendant. | Civil Action No.:<br>09-cv-274<br>(RMB)(AMD)<br><br>**DECLARATION OF THOMAS C. MARTIN, ESQ. IN SUPPORT OF RESPONSE TO OPPOSITION OF PREFERRED METAL TECHNOLOGIES, INC.'S TO UPS FREIGHT, INC'S MOTION FOR SUMMARY JUDGMENT** |
| PREFERRED METAL TECHNOLOGIES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>Third-Party Defendant. | |

I, Thomas C. Martin, Esq., hereby certify:

1. I am an attorney at law admitted to practice in the State of New Jersey and a partner in the law firm of Nowell

Amoroso Klein Bierman, P.A.

2. Attached hereto as Exhibit "A" is a true and accurate copy of a Bill of Lading dated October 15, 2007 by Preferred Metal Technologies shipping "1" "Crate" of "Racksavers" and which states on the face of the Bill of Lading, "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____ $104,000.00." The Bill of Lading was produced by Plaintiff, Holtec.

3. Preferred Metal Technologies did not respond to UPS Freight's discovery. On November 25, 2009, four (4) months before PMT served any discovery, UPS Freight served interrogatories, a document demand and a notice to take depositions (to schedule a deposition for January 27, 2010) upon PMT. PMT never responded and did not appear for depositions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct. Executed on January 24, 2011.

                                     NOWELL AMOROSO KLEIN BIERMAN, P.A.
                                     *Attorney for*
                                     *Third-Party Defendant,*
                                     UPS Ground Freight, Inc. d/b/a UPS Freight, f/k/a
                                     Overnite Transportation
                                     By: /s/Thomas C. Martin
                                     Thomas C. Martin

Dated: January 24, 2011

# EXHIBIT "A"

Confidential - Subject to a Discovery Confidentiality Order

# STRAIGHT BILL OF LADING
ORIGINAL – NOT NEGOTIABLE

Carrier's Pro No. _____
Shipper's Bill of Lading No. _____
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

Name of Carrier: **REFERENCE TRANSGROUP**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

From: **PREFERRED METAL TECHNOLOGIES**
Street: **140 EAST TOWER** City: **BURR RIDGE** County: _____ State: **IL** Zip: **60527** Date: **10-15-07**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to: **FLORIDA POWER & LIGHT (TURKEY POINT NUCLEAR 3 & 4)**

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name.

Destination Street: **10 MILES EAST OF US RT. 1 ON PALM DR.**
City: **FLORIDA CITY** County: _____ State: **FL** Zip: **33034**
Delivering Carrier: _____ Trailer No.: _____
Additional Shipment Information: _____

Collect on Delivery $ _____ and remit to: _____
Street _____ City _____ State _____
C.O.D. charge to be paid by: Shipper ☐ Consignee ☐

| Handling Units No. Type | Packages No. Type | HM | Kind of Package, Description of Articles, Special Marks and Exceptions (Subject to correction) | Weight (Subject to Correction) | Class or Rate Ref. (For Info. Only) | Cube (Optional) |
|---|---|---|---|---|---|---|
| 1 | | | CRATE | 1000# | | |
| | | | 192" x 34" WIDE x 25" TALL | | | |
| | | | FP&L PO # 00064960 | | | |
| | | | RACKSAVER ID #S SHOWN ON ATTACHED SHT. | | | |

⊙ Mark "X" to designate Hazardous Materials as defined in Department of Transportation Regulations.

NOTE (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ **$104,000.00**

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Notify if problem enroute or at delivery _____
Name _____ Fax No. _____ Tel. No. _____ (for informational purposes only)
Send freight bill to: _____
Company Name _____ City _____ Street _____ State _____ Zip _____
Shipper _____ Carrier _____
Per _____ Per _____ Date _____

Shipper Certification: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Per _____ Date _____

Carrier Certification: Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.
Per _____ Date **10/15/07** Package Nos. _____

© 1997 American Trucking Associations. Reproduced with permission. Only carriers participating in the National Motor Freight Classification at the time the transportation occurs may use this Bill of Lading.
41-BLS-C3 (Rev. 10/01)

HI: 1242