IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED METAL TECHNOLOGIES, INC., <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION, <br><br> Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **11th** day of **April 2011**, hereby **ORDERED**:

1. The Court will conduct a telephone conference on **April 19, 2011 at 12:00 Noon**. Counsel for plaintiff shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc: Hon. Renée Marie Bumb