IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>      v.<br><br>PREFERRED METAL TECHNOLOGIES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>      v.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, f/k/a OVERNITE TRANSPORTATION,<br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) |

**AMENDED SCHEDULING ORDER**

       This Matter having come before the Court by way of letter request dated April 12, 2011 from Steven Kudatzky, Esquire, counsel for plaintiff, for an Order rescheduling the April 19, 2011 telephone conference; and for good cause shown:

       IT IS this **12th** day of **April 2011**, hereby **ORDERED**:

       1. The telephone conference on April 19, 2011 is **RESCHEDULED** to **April 26, 2011 at 3:30 P.M.**. Counsel for plaintiff shall initiate the telephone call.

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                     s/ Ann Marie Donio
                                       ANN MARIE DONIO
                                       United States Magistrate Judge

cc: Hon. Renée Marie Bumb