[Docket Entry Nos. 45 and 55]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| Holtec International Corporation, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Preferred Metal Technologies, Inc., an Illinois Corporation,<br><br>    Defendant/Third Party Plaintiff<br><br>    v.<br><br>UPS Ground Freight, Inc., d/b/a UPS Freight, f/k/a Overnite Transportation,<br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD)<br><br>**ORDER** |

This matter having come before the Court upon the summary judgment motion and motion to strike the Affidavit of Timothy Stewart filed by Third-Party Defendant UPS Ground Freight Inc., d/b/a UPS Freight, f/k/a Overnite Transportation ("UPS"); and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS ON THIS **13th** day of **April 2011**, HEREBY **ORDERED** as follows:

UPS's motion for summary judgment [Dkt. No. 45] is **GRANTED, in part, and DENIED, in part;**

**IT IS FURTHER ORDERED** that UPS's motion to strike [Dkt. No. 55] is denied.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
United States District Judge