[Docket Entry Nos. 45 and 55]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| Holtec International Corporation, a Delaware Corporation, <br><br>    Plaintiff, <br><br>  v. <br><br>Preferred Metal Technologies, Inc., an Illinois Corporation, <br><br>    Defendant/Third Party Plaintiff <br><br>  v. <br><br>UPS Ground Freight, Inc., d/b/a UPS Freight, f/k/a Overnite Transportation, <br><br>    Third-Party Defendant. | Civil No. 09-274 (RMB/AMD) <br><br>**ORDER** |

This matter having come before the Court upon the summary judgment motion and motion to strike the Affidavit of Timothy Stewart filed by Third-Party Defendant UPS Ground Freight Inc., d/b/a UPS Freight, f/k/a Overnite Transportation ("UPS"); and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS ON THIS **13th** day of **April 2011**, HEREBY **ORDERED** as follows:

UPS's motion for summary judgment [Dkt. No. 45] is **GRANTED, in part, and DENIED, in part;**

**IT IS FURTHER ORDERED** that UPS's motion to strike [Dkt. No. 55] is denied.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge