STEVEN KUDATZKY CHARTERED
BY: STEVEN KUDATZKY
8000 SAGEMORE DRIVE, SUITE 8302
MARLTON, NEW JERSEY 08053
VOICE: 856.988.3131
FAX: 856.988.0194
E-MAIL: SKUDATZKY@COMCAST.NET
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLTEC INTERNATIONAL CORPORATION, A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>PREFERRED METAL TECHNOLOGIES, INC., AN ILLINOIS CORPORATION,<br><br>DEFENDANT-THIRD-PARTY PLAINTIFF,<br><br>v.<br><br>UPS GROUND FREIGHT, INC., D/B/A UPS FREIGHT, F/K/A OVERNITE TRANSPORTATION,<br><br>THIRD-PARTY DEFENDANT. | CIVIL NO. 09-0274 (RMB-AMD)<br><br><br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and among all parties hereto, through their respective

undersigned counsel, that all claims asserted by all parties shall be and hereby are dismissed with

prejudice and without costs.

HAWORTH COLEMAN & GERSTMAN
Attorneys for Defendant-Third Party
Plaintiff, Preferred Metal Technologies

By: /s/
SCOTT HAWORTH
ABIGAIL BOWEN
Dated: ~~September~~ October 19, 2011

STEVEN KUDATZKY CHARTERED
Attorneys for Plaintiff

By: /s/
STEVEN KUDATZKY

Dated: September ___, 2011

NOWELL, AMOROSO, KLEIN BIERMAN
Attorneys for Third-Party Defendant,
UPS Ground Freight, Inc.

/s/Thomas C. Martin
By: /s/
THOMAS MARTIN
Dated: ~~September~~ OCT. 19, 2011